Bryce C. Loveland, Esq., Nevada Bar No. 10132
Christopher M. Humes Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: bcloveland@bhfs.com
       chumes@bhfs.com
       wnobriga@bhfs.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND; BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 CONVENTION VACATION SAVINGS PLAN<br><br>Plaintiffs,<br><br>v.<br><br>HOUSE OF SIGNS LLC, a Nevada limited liability company; RED ROCK EXHIBITS LLC, a Nevada limited liability company<br><br>Defendants. | CASE NO.: 2:24-cv-02211-JCM-NJK<br><br>STIPULATION TO EXTEND DISCOVERY DEADLINES<br><br>**(FIRST REQUEST)** |

Plaintiffs, the Board of Trustees of the Teamsters Local 631 Security Fund For Southern Nevada, the Board of Trustees of the Teamsters Convention Industry Training Fund, and the Board of Trustees Teamsters Local 631 Convention Vacation Savings Plan (collectively the "Trust Funds"), and Defendants, House of Signs, LLC and Red Rock Exhibits LLC (collectively "Defendants"), by and through their respective counsels of record, hereby stipulate and agree to

34092330.1

extend the remaining discovery deadlines for sixty (60) days. This is the parties' first request for an extension.

**A.     Discovery completed to date.**

1.      On February 18, 2025, the Trust Funds and Defendants served initial disclosures on the other parties.

2.      On March 28, 2025, the Trust Funds served requests for production and interrogatories on both individual Defendants.

3.      On May 5, 2025, the Defendants individually served responses to the Trust Funds' requests for production and interrogatories. Defendants also provided a first supplemental disclosure of documents.

4.      On May 9, 2025, the Trust Funds provided a first supplemental disclosure of documents.

5.      On May 30, 2025, the Trust Funds served correspondence on counsel for Defendants outlining the Trust Funds' claims that the recent discovery responses were not sufficient.

6.      On June 6, 2025, the Defendants served correspondence on Trust Funds responding to the Trust Funds' claims and establishing that a meet and confer would occur.

7.      On June 10, 2025, the parties held a meet and confer and resolved the disputes regarding Defendants' discovery responses.

8.      On June 20, 2025, Defendants provided supplemental responses to the Trust Funds' interrogatories and requests for production.

**B.     Discovery which still needs to occur.**

With the pending discovery dispute resolved, the Trust Funds intend to depose Defendants' Federal Rule of Civil Procedure 30(b)(6) witnesses and may also need to exchange additional discovery requests and serve subpoenas for documents as discovery progresses. Defendants intend to depose the Trust Funds' Federal Rule of Civil Procedure 30(b)(6) witnesses and may need to propound written discovery based on the results of the Trust Funds' pending audit.

34092330.1

**C.     Good cause supports this request for additional time.**

Here, good cause supports the parties' request to extend discovery deadlines. The Trust Funds have diligently engaged in discovery by serving initial disclosures, supplemental disclosures and requests for written discovery from Defendants. Moreover, the parties addressed discovery disputes that have arose in an attentive matter by first engaging in written correspondence and then a meet and confer. Through this process, the parties were able to resolve this potential dispute without Court intervention. In short, the parties have progressed in litigation in a responsible and professional manner.

Additionally, the parties have been discussing forms of potential resolution for one or both of the Defendants in this matter. While these talks are still in their infancy, the parties are seeking additional time to also permit these discussions to continue, which may remove the need to further involve this Court.

This request is not sought for the purposes of delay, but to allow the parties time to conduct the small remaining list of items needed for discovery and to explore potential resolution of this dispute.

**D.     Proposed schedule for completing remaining discovery.**

**Current Discovery Deadlines:**

| | |
|---|---|
| Discovery Cut-Off Date: | July 14, 2025 |
| Dispositive Motion Deadline: | August 13, 2025 |
| Pretrial Order: | September 12, 2025 |

**Proposed New Discovery Deadlines:**

| | |
|---|---|
| Discovery Cut-Off Date: | September 12, 2025 |
| Dispositive Motion Deadline: | October 13, 2025 |
| Pretrial Order: | November 11, 2025 |

///

///

///

///

3

34092330.1

In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision on the dipositive motions or by further order of the Court.

The parties must diligently conduct discovery.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | KING SCOW KOCH DURHAM LLC |
|---|---|
| /s/ Christopher M. Humes | /s/ Matthew L. Durham |
| Bryce C. Loveland, Esq. | Steven B. Scow, Esq. |
| Nevada Bar No. 10132 | Nevada Bar No. 9906 |
| Christopher M. Humes, Esq. | Matthew L. Durham, Esq. |
| Nevada Bar No. 12782 | Nevada Bar No. 10342 |
| William D. Nobriga, Esq. | Mackenzie Soderberg, Esq. |
| Nevada Bar No. 14931 | Nevada Bar No. 16564 |
| 100 North City Parkway, Suite 1600 | 11500 S. Eastern Ave., Suite 210 |
| Las Vegas, Nevada 89106-4614 | Henderson, Nevada 89052 |
| Telephone: (702) 382-2101 | Telephone: (702) 833-1100 |
| Facsimile: (702) 382-8135 | Facsimile: (702) 833-1107 |
| Email: bcloveland@bhfs.com | Email : sscow@kskdlaw.com |
| Email: chumes@bhfs.com | Email: mdurham@kskdlaw.com |
| Email: wnobriga@bhfs.com | Email: msoderberg@kskdlaw.com |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| Dated: June 23, 2025 | Dated: June 23, 2025 |

**O R D E R**

**IT IS SO ORDERED.**

Nancy J. Koppe
United States Magistrate Judge

**DATED:** June 24, 2025

**Case No. 2:24-cv-02211-JCM-NJK**

4

34092330.1