Steven B. Scow (NV Bar No. 9906)
sscow@kskdlaw.com
Matthew L. Durham (NV Bar No. 10342)
mdurham@kskdlaw.com
Mackenzie Soderberg (NV Bar No. 16564)
msoderberg@kskdlaw.com
KING SCOW KOCH DURHAM LLC
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

*Attorneys for Defendants*
House of Signs LLC and
Red Rock Exhibits LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND; BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 CONVENTION VACATION SAVINGS PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>HOUSE OF SIGNS LLC, a Nevada limited liability company; RED ROCK EXHIBITS LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:24-cv-0002211-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Board of Trustees of the Teamsters Local 631 Security Fund For Southern Nevada, Board of Trustees of the Teamsters Convention Industry Training Fund, and Board of Trustees of the Teamsters Local 631 Convention Vacation Savings Plan, and Defendants House of

Signs LLC and Red Rock Exhibits LLC ("Defendants"), by and through their respective counsel of record, that the above-captioned action, and each and every claim for relief and/or damage asserted therein, be dismissed with prejudice, with each party to bear its own frees and costs.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | KING SCOW KOCH DURHAM LLC |
| /s/ *Christopher M. Humes* | /s/ *Matthew L. Durham* |
| Christopher M. Humes, Esq. (12782) | Matthew L. Durham, Esq. (10342) |
| 100 North City Parkway, Suite 1600 | 11500 S. Eastern Ave., Suite 210 |
| Las Vegas, Nevada 89106-4614 | Henderson, Nevada 89052 |
| Telephone: (702) 382-2101 | Telephone: (702) 833-1100 |
| Facsimile: (702) 382-8135 | Facsimile: (702) 833-1107 |
| Email: chumes@bhfs.com | Email: mdurham@kskdlaw.com |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| Dated: December 16, 2025 | Dated: December 16, 2025 |

**ORDER**

IT IS SO ORDERED.

DATED: December 22, 2025

UNITED STATES DISTRICT JUDGE

-2-